# EXHIBIT "A"

**DANA DEBEAUVOIR, COUNTY CLERK**          Date: 10/06/2011 05:01 PM
Real Estate Index Detail

Report # 738525   Requested By ANDY CAO (WEBPUBLIC)

## Document Information

| | |
|---|---|
| **Instrument #:** 2009071811 | **Document Type:** ASSUMED NAMES (DBA) |
| **Date Received:** 05/04/2009 02:43:15 PM | **Book Type:** book_type |
| **Index Status:** Permanent Index | **Book:** book |
| **Image?** ✓ | **Page:** pg |
| **Comments:** | |

### Grantors

1   IZZOZ TACOS

### Grantees

1   WINTERS JESSICA

### Legal Information

1   1207 S 1ST STREET  AUSTIN TX 78704

### Returnee Information

JESSICA WINTERS
15630 HALEYS LANDING LN
HOUSTON, TX 77095



AN 2009071811
2 PGS



**DANA DeBEAUVOIR**
Travis County Clerk
(512) 854-9188
P. O. Box 149325, Austin, Texas 78714-9325
5501 Airport Blvd, Austin, Texas 78751
www.co.travis.tx.us

## Assumed Name Records Certificate of Ownership
## For Unincorporated Business or Profession

Notice: "Certificates of Ownership" are valid only for a period not to exceed 10 years from the date filed in the County Clerk's Office (Chapter 36, Section 1, Title 4 of the Business and Commerce Code). This Certificate properly executed is to be filed immediately with the County Clerk.

**Business Name:** IZZOZ TACOS

**Business Address:** 1207 S. 1ST STREET

**City:** AUSTIN  **State:** TX  **ZIP Code:** 78704

This Assumed Name will be used for 10 years unless indicated here: _____

Business is to be conducted as (check one):
- [ ] Proprietorship
- [ ] Joint Venture
- [ ] Real Estate Investment Trust
- [ ] Joint Stock Company
- [ ] Limited Partnership
- [ ] Sole Practitioner
- [ ] General Partnership
- [x] Other (name type): Corporation

I/WE, the undersigned, are the owner(s) of the above business and my/our name(s) and address(es) given is/are true and correct and There is/are no ownership(s) in said business other than those listed herein below. Names of owners:

**Name:** JESSICA WINTERS  **Signature:** J. W.
**Residence Address:** 15630 Haleys Landing Ln.  **City:** Houston  **State:** TX  **ZIP:** 77095

**Name:** _____  **Signature:** _____
**Residence Address:** _____  **City:** _____  **State:** _____  **ZIP:** _____

**Name:** _____  **Signature:** _____
**Residence Address:** _____  **City:** _____  **State:** _____  **ZIP:** _____

FOR USE BY NOTARY AND CLERK OF THE COURT, DEPUTY. The State of Texas and County of Harris

Before me, the undersigned authority, on this day personally appeared: Jessica Winters known to me to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that he/she/they signed the same purpose and consideration therein expressed. Given under my hand and seal of office, on February 9, 2009.

Signature of Notary Public in and for the State of Texas or Clerk of the Court, Deputy

Phyllis Yuill

Seal of the Notary Public or Clerk of the Court, Deputy

PHYLLIS YUILL
Notary Public, State of Texas
My Commission Expires
October 13, 2012

**INFORMATION WHERE DOCUMENT SHOULD BE RETURNED**
(to be completed by applicant):
In the spaces below, clearly print the name, address, city, state, and ZIP code where this document should be returned:

JESSICA WINTERS
15630 HALEYS LANDING LN.
HOUSTON, TX 77095

Form of identification presented: TX Drivers License

Unofficial Document

**FILED AND RECORDED**

OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*

2009 May 04 02:43 PM   2009071811
SIFUENTEZY $14.00
DANA DEBEAUVOIR COUNTY CLERK
TRAVIS COUNTY TEXAS

# EXHIBIT "B"

| | | |
|---|---|---|
| **Form 503**<br>(Revised 01/06)<br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512 463-5709<br>**Filing Fee: $25** | <br>**Assumed Name Certificate** | This space reserved for office use.<br>**FILED**<br>In the Office of the<br>Secretary of State of Texas<br>DEC 0 8 2008<br>**Corporations Section** |

## Assumed Name

The assumed name under which the business or professional service is, or is to be, conducted or rendered is:  IZZOZ Tacos

## Entity Information

The name of the entity filing the assumed name is:

Austin Tasty Tacos, Inc.

State the name of the entity as currently shown in the records of the secretary of state or on its certificate of formation, if not filed with the secretary of state.

The filing entity is a: (Select the appropriate entity type below.)

[✓] For-profit Corporation          [ ] Professional Corporation
[ ] Nonprofit Corporation           [ ] Professional Limited Liability Company
[ ] Cooperative Association         [ ] Professional Association
[ ] Limited Liability Company       [ ] Limited Partnership
[ ] Other _____
        Specify type of entity if there is no check box applicable.

The file number, if any, issued to the filing entity by the secretary of state is:  801026046

The state, country, or other jurisdiction of formation is:  TEXAS

The registered or similar office of the entity in the jurisdiction of formation is:

_____

[✓] The entity is required to maintain a registered office and agent in Texas. The address of its registered office in Texas and the name of the registered agent at such address is:

JESSICA WINTERS
2700 EAST SIDE DR., AUSTIN, TX 78704

The address of the principal office of the entity (if not the same as the registered office) is:

[ ] The entity is not required to maintain a registered office and agent in Texas. Its office address in

Form 503                                4

in Texas is: _____

[✓] The entity is not incorporated, organized or associated under the laws of Texas. The address of the principal place of business in this state is: _____

The office address of the entity is: _____

### Period of Duration

[✓] The period during which the assumed name will be used is 10 years from the date of filing with the secretary of state.

OR

[ ] The period during which the assumed name will be used is _____ years from the date of filing with the secretary of state (not to exceed 10 years).

OR

[ ] The assumed name will be used until _____ (not to exceed 10 years).
   *mm/dd/yyyy*

### County or Counties in which Assumed Name Used

The county or counties where business or professional services are being or are to be conducted or rendered under the assumed name are:

[ ] All counties

[ ] All counties with the exception of the following counties: _____

[✓] Only the following counties:   TRAVIS

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. If the undersigned is acting in the capacity of an attorney in fact for the entity, the undersigned certifies that the entity has duly authorized the undersigned in writing to execute this document.

Date: 11/24/08

_____
*Jema A. Winters*

Signature and title of authorized person(s) (see instructions)

Form 503                              5

# EXHIBIT "C"

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,273,827
Registered Aug. 7, 2007

SERVICE MARK
PRINCIPAL REGISTER

# IZZO'S

K & F RESTAURANT MANAGEMENT, LLC (TEXAS LTD LIAB CO)
422 PINEWOLD DR.
HOUSTON, TX 77056

FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 7-23-2001; IN COMMERCE 7-23-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,893,551, 2,958,780 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SEC. 2(F).

SER. NO. 77-021,667, FILED 10-16-2006.

TASNEEM HUSSAIN, EXAMINING ATTORNEY

Int. Cls.: 29, 30, and 33

Prior U.S. Cls.: 46, 47, and 49

**United States Patent and Trademark Office**

Reg. No. 3,206,607
Registered Feb. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER

### IZZO'S ILLEGAL

K & F RESTAURANT MANAGEMENT, LLC (TEXAS LTD LIAB CO)
422 PINEWOLD DRIVE
HOUSTON, TX 77056

FOR: GARDEN SALADS, WITH OR WITHOUT MEAT INGREDIENTS, PREPARED ON PREMISES FOR CONSUMPTION ON OR OFF PREMISES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 3-1-2006; IN COMMERCE 3-1-2006.

FOR: BURRITOS PREPARED ON PREMISES FOR CONSUMPTION ON OR OFF PREMISES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 7-23-2001; IN COMMERCE 7-23-2001.

FOR: PREPARED ALCOHOLIC COCKTAILS, NAMELY MARGARITAS, PREPARED ON PREMISES FOR CONSUMPTION ON OR OFF PREMISES, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 3-1-2006; IN COMMERCE 3-1-2006.

SN 78-315,965, FILED 10-20-2003.

STEPHANIE DAVIS, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,910,860
Registered Dec. 14, 2004

## SERVICE MARK
## PRINCIPAL REGISTER



K & F RESTAURANT MANAGEMENT, LLC (TEXAS LTD LIAB CO)
603 HUNTER'S WAY COURT
HOUSTON, TX 77024

FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 7-23-2001; IN COMMERCE 7-23-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BURRITO", APART FROM THE MARK AS SHOWN.

THE STIPPLING IS FOR SHADING PURPOSES ONLY.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE IMAGE OF A BLAZING SUN OVERLAYED WITH LARGE TEXT READING IZZO'S AND THEREBELOW ENCIRCLED TEXT READING ILLEGAL BURRITO AND TEXT WHICH IS NOT ENCIRCLED READING ROLL YOUR OWN.

SER. NO. 78-314,062, FILED 10-15-2003.

STEPHANIE DAVIS, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 2,893,551
Registered Oct. 12, 2004

SERVICE MARK
PRINCIPAL REGISTER

IZZO'S ILLEGAL BURRITO

K & F RESTAURANT MANAGEMENT, LLC (TEXAS LTD LIAB CO)
603 HUNTER'S WAY COURT
HOUSTON, TX 77024

FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 7-23-2001; IN COMMERCE 7-23-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BURRITO", APART FROM THE MARK AS SHOWN.

SER. NO. 78-316,047, FILED 10-20-2003.

STEPHANIE DAVIS, EXAMINING ATTORNEY